PRISCILLA ASHLEY JACKSON
1801 HWY 11 S
LOT #85
PICAYUNE, MS 39466

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

A PLUS AUTO INS
PO BOX 1071
PICAYUNE, MS 39466

ALLY AUTO
P.O. BOX 380901
MINNEAPOLIS, MN 55438

AMERICAN CASH ADVANCE
305 MEMORIAL BLVD
PICAYUNE, MS 39466

BOOST YOUR SCORE
6320 BROOKSIDE PLAZA
KANSAS CITY, MO 64113

FIRST NATIONAL BANK
500 E 60TH ST N
SIOUX FALLS, SD 57104

FLEX SHOPPER
2700 N MILITARY TRAIL
STE 200
BOCA RATON, FL 33431

GORDON G. ARMSTRONG
PO BOX 1464
MOBILE, AL 36633

HEALTHCARE FINANCE DIR
PO BOX 10479
BAKERSFIELD, CA 93389

INOVA FEDERAL CU
358 SOUTH ELKHART AVE
ELKHART, IN 46515

INOVA FEDERAL CU
358 S. ELKHART AVE
ELKHART, IN 46516

MIDLAND CREDIT MGT
350 CAMINO DE LA REINA
SUITE 100
SAN DIEGO, CA 92108

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

NICOLE JACKSON DDS
5207 PINNACLE PKWY
COVINGTON, LA 70433

ONLINE COLLECTIONS
ATTN: BANKRUPTCY
PO BOX 1489
WINTERVILLE, NC 28590

SPEEDY CASH
PO BOX 782260
WICHITA, KS 67278

STANDFORD WILLIAMS II
24 THRIVENT LN
LONG BEACH, MS 39560

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

VANCE & HUFFMAN LLC
ATTN: BANKRUPTCY
55 MONETTE PKWY
STE 100
SMITHFIELD, VA 23430