IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

In RE:  PRISCILLA ASHLEY JACKSON    §  Case Number: 26-51020-KMS-7

                   §

     Debtor(s)         §  Chapter:  7

## REQUEST FOR NOTICE UNDER BANKRUPTCY RULE 2002

PLEASE TAKE NOTICE THAT Ally Capital hereby gives notice as follows:

Pursuant to 11 U.S.C. §342(f)(1), AIS Portfolio Services, LLC hereby requests that:

  (i)    all notices given or required to be given in the case; and

  (ii)    all pleadings and correspondence served or required to be served in this case,

regarding Ally Capital should be directed to AIS Portfolio Services, LLC at the following mailing address effective immediately:

  Attn:  Ally Capital Department
  AIS Portfolio Services, LLC
  Account:  XXXXXXXX1969
  4515 N Santa Fe Ave. Dept. APS
  Oklahoma City, OK 73118

    This request encompasses all notices, copies and pleadings referred to in Rules 2002, 9007 or 9008 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex, or otherwise which affects or seeks to affect the above case.

          Respectfully submitted,

          /s/ Amitkumar Sharma
          Amitkumar Sharma

          Claims Processor

          Bankruptcy Servicer for Ally Capital
          AIS Portfolio Services, LLC
          4515 N Santa Fe Ave. Dept. APS
          Oklahoma City, OK 73118
          (888)455-6662, Fax (817) 461-8070
          ECFNotices@aisinfo.com
          File # 1893954

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

In RE:              PRISCILLA ASHLEY JACKSON              §          Case Number:     26-51020-KMS-7
                                                          §
                    Debtor(s)                             §          Chapter:     7

## CERTIFICATE OF SERVICE OF

## REQUEST FOR NOTICE UNDER BANKRUPTCY RULE 2002

 I hereby certify that on 26th day of June,2026 a copy of the above and foregoing Request for Notice was electronically served upon the parties listed below:

/s/ Amitkumar Sharma
Amitkumar Sharma

Trustee:                                                  Attorney for Debtor:
GEORGE ADAM SANFORD                                       THOMAS CARL ROLLINS JR
Trustee of the U.S. Bankruptcy Court                      THE ROLLINS LAW FIRM PLLC
1 STONEGATE DRIVE STE B,                                  PO BOX 13767,
BRANDON, MS 39042                                         JACKSON, MS 39236