United States Bankruptcy Court
Southern District of Mississippi

In re:
Priscilla Ashley Jackson
Debtor

Case No. 26-51020-KMS
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: admin Page 1 of 2
Date Rcvd: Oct 29, 2026 Form ID: 318 Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Priscilla Ashley Jackson, 1801 Hwy 11 S, Lot #85, Picayune, MS 39466-8041 |
| 5688807 | + | A Plus Auto Ins, PO Box 1071, Picayune, MS 39466-1071 |
| 5688810 | + | Boost Your Score, 6320 Brookside Plaza, Kansas City, MO 64113-1709 |
| 5688813 | + | Gordon G. Armstrong, PO Box 1464, Mobile, AL 36633-1464 |
| 5688819 | + | Nicole Jackson DDS, 5207 Pinnacle Pkwy, Covington, LA 70433-9191 |
| 5688822 | + | Standford Williams II, 24 Thrivent Ln, Long Beach, MS 39560-3720 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Oct 29 2026 13:22:00 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 5688808 | + | EDI: GMACFS.COM | Oct 29 2026 13:22:00 | Ally Auto, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 5689840 | + | EDI: AISACG.COM | Oct 29 2026 13:22:00 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5688809 | + | Email/Text: 216.picayune@americancashadvance.net | Oct 29 2026 09:25:00 | American Cash Advance, 305 Memorial Blvd, Picayune, MS 39466-5541 |
| 5688811 | | Email/Text: BNSFN@capitalsvcs.com | Oct 29 2026 09:24:00 | First National Bank, 500 E 60th St N, Sioux Falls, SD 57104 |
| 5688812 | + | Email/Text: bankruptcy@flexshopper.com | Oct 29 2026 09:25:00 | Flex Shopper, 2700 N Military Trail, Ste 200, Boca Raton, FL 33431-6394 |
| 5688814 | + | Email/Text: bankruptcy@healthcarefinancedirect.com | Oct 29 2026 09:24:00 | Healthcare Finance Dir, PO Box 10479, Bakersfield, CA 93389-0479 |
| 5688816 | | Email/Text: Bankruptcy@inovafcu.org | Oct 29 2026 09:24:00 | Inova Federal CU, 358 S. Elkhart Ave, Elkhart, IN 46516 |
| 5688815 | | Email/Text: Bankruptcy@inovafcu.org | Oct 29 2026 09:24:00 | Inova Federal CU, 358 South Elkhart Ave, Elkhart, IN 46515 |
| 5688818 | | EDI: MSDOR | Oct 29 2026 13:22:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5688817 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 29 2026 09:24:00 | Midland Credit Mgt, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 5688820 | + | Email/Text: bankruptcy@onlineis.com | Oct 29 2026 09:25:00 | Online Collections, Attn: Bankruptcy, Po Box 1489, Winterville, NC 28590-1489 |
| 5688821 | + | Email/Text: bkinfo@ccfi.com | Oct 29 2026 09:24:00 | Speedy Cash, PO Box 782260, Wichita, KS 67278-2260 |
| 5688823 | | Email/Text: bankruptcycourt@towerloan.com | Oct 29 2026 09:24:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |

| | | | |
|---|---|---|---|
| 5688824 | + Email/Text: disputes@vhllc.com | Oct 29 2026 09:25:00 | Vance & Huffman Llc, Attn: Bankruptcy, 55 Monette Pkwy, Ste 100, Smithfield, VA 23430-2577 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| George Adam Sanford | trustee@mcraneymcraney.com MS18@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Priscilla Ashley Jackson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

***Information to identify the case:***

| | | | |
|---|---|---|---|
| Debtor 1 | **Priscilla Ashley Jackson**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx–xx–1401** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number: **26–51020–KMS**

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Priscilla Ashley Jackson**
fka Priscilla Ashley Lossett

Dated: 10/14/26

**By the court:** /s/Katharine M. Samson
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**